

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>         v.<br><br>  *Arey Quepons*<br><br>  Defendant. | Case No.: EDCR 14-80 VAP<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    (X) the defendant's nonobjection to detention at this time

    ( ) other: _____

|     |    |      |                                                                                     |
| --- | -- | ---- | ----------------------------------------------------------------------------------- |
| 1   |    |      | and/ or                                                                             |
| 2   | B. | (X)  | The defendant has not met his/her burden of establishing by clear and               |
| 3   |    |      | convincing evidence that he/she is not likely to pose a danger to the               |
| 4   |    |      | safety of any other person or the community if released under 18 U.S.C.             |
| 5   |    |      | § 3142(b) or (c). This finding is based on the following:                           |
| 6   |    |      | (X)   information in the Pretrial Services Report and Recommendation                |
| 7   |    |      | (X)   information in the violation petition and report(s)                           |
| 8   |    |      | (X)   the defendant's nonobjection to detention at this time                        |
| 9   |    |      | ( )   other: _____                                 |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 20, 2015

_____
SHERI PYM
United States Magistrate Judge